# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**In re: SHANE DOMINIC BRITTON**

Case No. 1:17-MC-33
Black, J.
Litkovitz, M.J.

## REPORT AND RECOMMENDATION

Plaintiff Shane Dominic Britton, a resident of Cincinnati, Ohio, has filed documents entitled "Petition to Be Received In Forma Pauperis" and "Declaration of Status for a Natural Person." (Doc. 1).

On November 28, 2017, the Court ordered plaintiff to pay the required filing fee of $400.00 or resubmit his application to proceed *in forma pauperis* with the appropriate affidavit or declaration. The Court granted plaintiff an extension of time of thirty (30) days to submit a revised application to proceed *in forma pauperis* or pay the required filing fee. (Doc. 2). Plaintiff was also ordered to submit a complaint setting forth the facts of his claims and the relief he is seeking within thirty (30) days if he wished to file a civil action. Plaintiff was warned that if he failed to comply with the Order, the Court would dismiss his case for want of prosecution. *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997).

To date, more than thirty days later, plaintiff has failed to comply with the Court's order. Accordingly, this matter should be closed and terminated on the docket of this Court.

**IT IS SO RECOMMENDED.**

Date: 1/8/18

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**In re: SHANE DOMINIC BRITTON**   Case No. 1:17-MC-33
Black, J.
Litkovitz, M.J.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).